**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 08 B 26767 |
| Trina Donald, ) | HON. Goldgar |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

**NOTICE OF MOTION**

To:  Marilyn O. Marshall, Chapter 13 Trustee, 224 S. Michigan, Suite 800, Chicago, IL 60604 via electronic notice; and

See attached Service List.

Please take notice that on October 27, 2009 at 9:30 a.m., I shall appear before the Honorable Goldgar in Courtroom 613 in the Federal Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached motion to modify plan and you may appear if you so choose.

**PROOF OF SERVICE**

The undersigned, an attorney, certifies that he mailed a copy of this notice and motion to the above named addressed with postage prepaid from the mail chute located at 20 S. Clark, 28th Floor, Chicago, IL 60603 on October 6, 2009.


  /s/ Patrick J. Semrad
Attorney for Debtor


Robert J. Semrad & Associates
Attorney for Debtor
20 S. Clark
28th Floor
Chicago, IL 60603
(312) 913-0625

```
Label Matrix for local noticing         U.S. Bankruptcy Court                  Bank One/Chase
0752-1                                  Eastern Division                       Po Box 24603
Case 08-26767                           219 S Dearborn                         Columbus, OH 43224-0603
Northern District of Illinois           7th Floor
Chicago                                 Chicago, IL 60604
Tue Oct  6 09:14:47 CDT 2009

Bluegreen Corp                          CB Usa Inc                             Cb Usa Inc
4960 Blue Lake Dr                       c/o Womens Healthcare of Il            5252 S Hohman Ave
Boca Raton, FL 33431-4453               5252 S Hohman Ave                      Hammond, IN 46320-1723
                                        Hammond, IN 46320-1723


Citifinancial Retail Services           Citizens Auto Finance                  Citizens Bank
PO Box 140489                           480 Jefferson Blvd                     480 Jefferson Blvd
Irving, TX 75014-0489                   RJE 135                                Rje 135
                                        Warwick RI 02886-1359                  Warwick, RI 02886-1359


Citizens Bank                           Dependon Collection Se                 JPMorgan Chase Bank
480 Jefferson Blvd                      Attn: Bankruptcy                       Bankruptcy Department
Rje135                                  Po Box 4833                            PO Box 24785
Warwick, RI 02886-1359                  Oak Brook, IL 60522-4833               Columbus, OH 43224-0785


LVNV Funding LLC its successors and assigns   MACYS RETAIL HOLDINGS, INC.      Macy's
assignee of CitiFinancial, Inc          TSYS DEBT MGMT., INC.                  P.O. Box 4560
Resurgent Capital Services              PO BOX 137                             Carol Stream, IL 60197-4560
PO Box 10587                            COLUMBUS, GA  31902-0137
Greenville, SC 29603-0587


PEOPLES GAS LIGHT AND COKE CO           Peoples Gas                            RJM Acquisitions LLC
130 E RANDOLPH DRIVE                    C/O Bankruptcy Department              BookSpan/Doubleday Bookclubs
CHICAGO, IL 60601-6207                  130 E. Randolph Drive                  575 Underhill Blvd Ste 224
                                        Chicago, IL 60601-6302                 Syosset, NY 11791-3416


Roundup Funding, LLC                    Sallie Mae                             Sallie Mae, Inc. on behalf of UNITED
MS 550                                  Attn: Claims Dept                      STUDENT AID FUNDS, INC.
PO Box 91121                            Po Box 9500                            Attn: Bankruptcy Litigation Unit E3149
Seattle, WA 98111-9221                  Wilkes Barre, PA 18773-9500            P. O. Box 9430
                                                                               Wilkes-Barre, PA 18773-9430


Sams Club                               United Collect Bur Inc                 United Collect Bur Inc
Attention:  Bankruptcy Department       5620 Southwyck Blvd Ste                Pob 14948
Po Box 103104                           Toledo, OH 43614-1501                  Columbus, OH 43214-0948
Roswell, GA 30076


Wow! Internet & Cable Service           Marilyn O Marshall                     Patrick J. Semrad
c/o Credit Managment                    224 South Michigan Ste 800             Robert J Semrad and Associates
P.O. Box 118288                         Chicago, IL 60604                      20 S Clark St
Carrollton, TX 75011-8288                                                      Ste. 2800
                                                                               Chicago, IL 60603-1811


Trina D. Donald                         William T Neary
8654 S. Champlain                       Office of the U.S. Trustee, Region 11
Chicago, IL 60619-6106                  219 S Dearborn St
                                        Room 873
                                        Chicago, IL 60604
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Citifinancial Retail Services      End of Label Matrix
Po Box 140489                         Mailable recipients   28
Irving, TX 75014-0489                 Bypassed recipients    1
                                      Total                 29
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 08 B 26767 |
| Trina Donald, | ) | HON. Goldgar |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

## MOTION OF DEBTOR TO MODIFY PLAN

NOW COMES the Debtor, Trina Donald, by and through Debtor's attorneys, Robert J. Semrad & Associates, and hereby moves this Honorable Court to allow Debtor to place the current Trustee default at the end of the plan and states the following:

1. That the Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. That this Honorable Court has confirmed the Debtor's Chapter 13 plan, with secured creditors to be paid 100.00% and general unsecured creditors without priority to be paid 10.00%.

3. That the confirmed Chapter 13 Plan requires that the Debtor make plan payments to the Chapter 13 Trustee in the amount of $490.00 on a monthly basis for a term of approximately 36 months.

4. That the Debtor has not converted the Chapter 13 case from a Chapter 7 case.

5. That the Debtor is currently in default with her Chapter 13 payments because she was injured in a car accident and has been on medical leave for six months without any pay.

6. That Debtor requests the default be put at the end of the Chapter 13 Plan.

7. That if the current default is deferred, the Debtor will be able to timely complete the current case.

8. That by deferring the current default, the creditors that have filed claims in this case will receive more than they would if the case were dismissed, or if the Debtor was forced to convert the current case to one arising under Chapter 7 of the Bankruptcy Code.

9. That the Debtor will begin working full time in November 2009.

10. That the Debtor requests this Honorable court suspend her Chapter 13 Trustee payment for the months of November and December 2009.

11. That the Debtor has every good faith intention of completing the reorganization plan and will complete the plan within 36 months.

WHEREFORE, the Debtor prays this Honorable Court for the following relief:

A. That this Honorable Court enter an order modifying the Debtor's Chapter 13 Plan in order to defer the current default;

B. That this Honorable Court enter an order suspending Debtor's Chapter 13 trustee payment for two months.

C. For such other relief as the Court deems fair and proper.

Respectfully submitted,

  /s/ Patrick J. Semrad
Attorney for the Debtor

Robert J. Semrad & Associates
20 S. Clark
28th Floor
Chicago, IL 60603
(312) 913-0625