**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 08 B 26767 |
| Trina Donald, | ) | HON. Goldgar |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

**ORDER MODIFYING PLAN**

This cause coming to be heard on the Motion of the Debtor for entry of an order deferring the default; the Court having jurisdiction over the matter and being fully advised in the premises;

IT IS HEREBY ORDERED:

1. Debtor's Chapter 13 Plan is modified to provide that the current plan default is deferred.

2. That the Debtor's Chapter 13 Plan payment is suspended for the months of November and December 2009.

Enter:

_____
United States Bankruptcy Judge

Robert J. Semrad & Associates
20 S. Clark
28th Floor
Chicago, IL 60603
(312) 913-0625